IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ANALEE RUPP and BLAIR RUPP,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRANSCONTINENTAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM<br><br><br>Case No. 2:07-CV-333 TS |

      This matter is before the Court on Plaintiffs' Motion for Leave to File Overlength Memorandum.[1]  Plaintiffs argue that additional pages are needed to fully refute arguments in Defendants' Memorandum in Support of Motion to Stay,[2] and to further and generally discuss relevant legal authorities.  Under DUCivR 7(e) this Court "will approve such requests only for good cause and a showing of exceptional circumstances."  The Court does not find that Plaintiffs have shown exceptional circumstances here.

---

[1] Docket No. 10.

[2] Docket No. 6.

1

It is therefore

ORDERED that Plaintiff's Motion (Docket No. 10) is DENIED.

DATED June 27, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge